# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAIR WINGERTSAHN, JR., ) | |
| ) | Civil Action No. 2:20-cv-01167-DSC |
| Plaintiff, ) | |
| v. ) | Judge David S. Cercone |
| ) | |
| AMAZON.COM, ) | *ELECTRONICALLY FILED* |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action with each party bearing its own attorney's fees and costs.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| PRAETORIAN LAW GROUP, LLC | MORGAN LEWIS & BOCKIUS, LLP |
| By: /s/ Peter T Kobylinski, Esq. | /s/ Alex D. Perilstein, Esq. |
| Peter T. Kobylinski, Esq. | Alex D. Perilstein, Esq. |
| 515 Court Place, Suite 4 | 1701 Market Street |
| Pittsburgh, PA 15219 | Philadelphia, PA 19103 |

Dated: 2/19/2021

Date: 2/22/2021

SO ORDERED:
s/ David S. Cercone
Sr. U.S. District Judge